

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-20-00337-CR

**EX PARTE** Abel **MONTES**

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0995-CR-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. Appellant's Brief is due on October 26, 2020.

It is so **ORDERED** on October 6, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court